| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, First name, Middle initial) **TROTT, Stephen S.** | 2. Court or Organization Ninth Circuit Court of Appeals | 3. Date of Report 5/2/2005 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge, Senior Status | 5. Report Type (check appropriate type) ○ Nomination Date ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address U.S. Courthouse 550 W. Fort Street, Room 667 Boise, Idaho 83724 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Board Member | Children's Home Society of Idaho |
| 2. | Board Member | Boise Philharmonic Association & Foundation |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | Vested interest in a retirement plan maintained by L.A. County, CA, where I was employed as an attorney between 1965/1981. I draw a retirement income monthly. |

RECEIVED 2005 MAY -5 A 11:04 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| TROTT, Stephen S | 5/2/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | Los Angeles County, California Retirement | 10,000.00 |
| 2. | | "Highwaymen" Record Sales | 300.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | 04/13/04 - 04/16/04 Department of Justice / Columbia, South Carolina | SPEAKER / Expenses (transportation, food, lodging) |
| 2. | 04/16/04 - 04/17/04 Department of Justice / Washington, D.C. | MEETING / Expenses (transportation) |
| 3. | 09/26/04 - 09/28/04 7th Dist Bar Assoc Citizens' Law Academy / Idaho Falls, Idaho | SPEAKER / Expenses (lodging) |
| 4. | 10/12/04 - 10/15/04 Department of Justice / Columbia, South Carolina | SPEAKER / Expenses (transportation, food, lodging) |

**V. GIFTS.** (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

**VI. LIABILITIES.** (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Janus Invt Fund Mid Cap JMIVX | A | Dividend | J | T | Sold Partial | 3/05 | J | A | |
| 2. Janus Invt Fund Mid Cap JMIVX | A | Dividend | J | T | Bought | 6/22 | J | | |
| 3. Dreyfus Appreciation Fund DGAGX | A | Dividend | J | T | Bought | 3/05 | J | | |
| 4. Dreyfus Appreciation Fund DGAGX | A | Dividend | J | T | Bought | 6/22 | J | | |
| 5. Dreyfus Appreciation Fund DGAGX | A | Dividend | J | T | Sold | 7/16 | J | B | |
| 6. FMI FDS Focus Fund FMIOX | A | Dividend | J | T | Sold Partial | 3/05 | J | A | |
| 7. FMI FDS Focus Fund FMIOX | A | Dividend | J | T | Bought | 6/22 | J | | |
| 8. Goldman Sachs - TR Finl Square Market Fund FSMXX | A | Dividend | | | Bought | 3/05 | J | | |
| 9. Goldman Sachs - TR Finl Square Market Fund FSMXX | A | Dividend | | | Bought | 6/22 | J | | |
| 10. Julius Baer Invt Funds JIEIX | A | Dividend | J | T | Sold | 3/05 | J | A | |
| 11. Julius Baer Invt Funds JIEIX | A | Dividend | J | T | Bought | 6/22 | J | | |
| 12. ING Fund Int Value NIIVX | A | Dividend | J | T | Sold Partial | 1/12 | J | A | |
| 13. ING Fund Int Value NIIVX | A | Dividend | J | T | Sold Partial | 3/05 | J | A | |
| 14. ING Fund Int Value NIIVX | A | Dividend | J | T | Bought | 6/22 | J | | |
| 15. Royce Premier Fund RYPRX | A | Dividend | J | T | Sold Partial | 3/05 | J | A | |
| 16. Royce Premier Fund RYPRX | A | Dividend | J | T | Bought | 6/22 | J | | |
| 17. TCW Galileo Funds Select TGCEX | A | Dividend | J | T | Sold Partial | 3/05 | J | A | |
| 18. TCW Galileo Funds Select TGCEX | A | Dividend | J | T | Sold Partial | 3/05 | J | A | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. TCW Galileo Funds Select TGCEX | A | Dividend | J | T | Bought | 6/22 | J | | |
| 20. T Rowe Price Mid Cap RPMGX | A | Dividend | J | T | Sold Partial | 3/05 | J | A | |
| 21. T Rowe Price Mid Cap RPMGX | A | Dividend | J | T | Bought | 6/22 | J | | |
| 22. Torray Fund TORRX | A | Dividend | J | T | Bought | 6/22 | J | | |
| 23. Vanguard Municipal Bond Fund Inter Term VWITX | A | Dividend | J | T | Bought | 3/05 | J | | |
| 24. Vanguard Municipal Bond Fund Inter Term VWITX | A | Dividend | J | T | Bought | 6/22 | J | | |
| 25. Vanguard Muni Bnd Fnd Lmtd Trm Tax Exempt VMLTX | A | Dividend | J | T | Bought | 3/05 | J | | |
| 26. Vanguard Muni Bnd Fnd Lmtd Trm Tax Exempt VMLTX | A | Dividend | J | T | Bought | 6/22 | J | | |
| 27. Vanguard/Windsor Fund VWNFX | A | Dividend | J | T | Sold Partial | 3/05 | J | A | |
| 28. Vanguard/Windsor Fund VWNFX | A | Dividend | J | T | Bought | 6/22 | J | | |
| 29. Bonds - Boise Idaho Waste Water | A | Interest | J | T | | | | | |
| 30. Bonds - Canyon County Idaho School | A | Interest | K | T | | | | | |
| 31. Bonds - Idaho Housing & Finance Association | A | Interest | J | T | | | | | |
| 32. SPDR Trust Unit Ser 1 SPY | A | Dividend | J | T | Sold | 2/29 | J | C | |
| 33. Cash & Money Market - Evergreen US Govt Portfolio | A | Interest | J | T | | | | | |
| 34. Janus Invt Fund Mid Cap JMIVX | A | Dividend | J | T | Sold Partial | 3/05 | J | A | |
| 35. Dreyfus Appreciation Fund DGAGX | A | Dividend | J | T | Bought | 3/05 | J | | |
| 36. Dryfus Appreciation Fund DGAGX | A | Dividend | J | T | Sold | 7/16 | J | B | |



1. Income/Gain Codes: (See Columns B1 and D4) A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3) J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. FMI FDS Focus Fund FMIOX | A | Dividend | J | T | Sold Partial | 3/05 | J | B | |
| 38. Goldman Sachs TR Finl Square Market Fund FSMXX | A | Dividend | | | Bought | 3/05 | J | | |
| 39. ING Fund Intl Value Fund NIIVX | A | Dividend | J | T | Sold Partial | 1/12 | J | B | |
| 40. ING Fund Intl Value Fund NIIVX | A | Dividend | J | T | Sold Partial | 3/05 | J | B | |
| 41. ING Fund Intl Value Fund NIIVX | A | Dividend | J | T | Sold Partial | 10/22 | J | B | |
| 42. Julius Baer Invt Funds Intl Equity JIEIX | A | Dividend | K | T | Sold Partial | 3/05 | J | B | |
| 43. Julius Baer Invt Funds Intl Equity JIEIX | A | Dividend | K | T | Sold Partial | 10/22 | J | B | |
| 44. PIMCO Funds Pac Int PTTRX | A | Dividend | K | T | Bought | 3/05 | J | | |
| 45. PIMCO Funds Pac Int PTTRX | A | Dividend | K | T | Sold Partial | 10/22 | J | B | |
| 46. Royce Premier Fund RYPRX | A | Dividend | J | T | Sold Partial | 3/05 | J | A | |
| 47. Royce Premier Fund RYPRX | A | Dividend | J | T | Sold Partial | 10/22 | J | A | |
| 48. TCW Galileo Funds Inc TGCEX | A | Dividend | J | T | Sold Partial | 3/05 | J | A | |
| 49. Torray Fund TORRX | A | Dividend | J | T | Bought | 3/05 | J | | |
| 50. T Rowe Price Mid Cap RPMGX | A | Dividend | J | T | Sold Partial | 3/05 | J | A | |
| 51. T Rowe Price Mid Cap RPMGX | A | Dividend | J | T | Sold Partial | 10/22 | J | A | |
| 52. Vanguard/Windsor VWNF | A | Dividend | J | T | Sold Partial | 3/05 | J | A | |
| 53. Western Asset Core WATFX | A | Dividend | K | T | Bought | 3/05 | J | | |
| 54. Western Asset Core WATFX | A | Dividend | K | T | Sold Partial | 10/22 | J | A | |

1. Income/Gain Codes     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
  (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
  (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
  (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Janus Fund JANSX | B | Dividend | K | T | | | | | |
| 56. Janus Growth & Income JAGIX | B | Dividend | K | T | | | | | |
| 57. IRA - US Bank Cash Equivalent | D | Interest | K | T | | | | | |
| 58. Legg Mason Value Trust TR Inc NAV Value Trust LMNVX | D | Dividend | J | T | Bought | 7/19 | J | | |

1. Income/Gain Codes:  A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes  Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
  U = Book Value    V = Other    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | TROTT, Stephen S | 5/2/2005 |

## VIII  ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

Section VII -- This belongs to ▓▓▓▓▓▓▓ and is ▓▓ separate asset held in three different accounts, which may make some of the reporting seem duplicative or redundant, which it is not.

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S | 5/2/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date 5/02/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544